UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH ABELLARD, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV724 JCH |
| ) | |
| BOEING COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On November 17, 2010, Defendant filed a Partial Motion to Dismiss. (Doc. No. 14). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Friday, December 17, 2010**, within which to respond to Defendant's Partial Motion to Dismiss (Doc. No. 14). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 2nd day of December, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE