UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH ABELLARD, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:10CV724 JCH |
| BOEING COMPANY, | ) |
| Defendant(s). | ) |

## **ORDER**

This matter is before the Court upon its review of the record. On April 25, 2011, Defendant filed a Motion to Compel Initial Disclosures and Discovery Responses. (Doc. No. 34). To date, Plaintiff has not responded to Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a hearing on Defendant's Motion to Compel Initial Disclosures and Discovery Responses (Doc. No. 34) on **Monday, May 16, 2011**, at **9:30 a.m.** in the courtroom of the undersigned. Plaintiff is required to attend this hearing.

Dated this 9th day of May, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE